IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:09CR56 |
| v. | ) ) | |
| ROBERT CAMACHO III, | ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the court sua sponte. This case is set for a sentencing hearing on December 21, 2009, at 10:30 a.m. The court intends to consider ordering a mental health evaluation at that time.

DATED this 10th day of December, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge