IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 MAR -9 PM 1:20

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 8:09CR56 |
| v. ) | ORDER |
| ROBERT CAMACHO III, ) | |
| Defendant. ) | |

This matter is before the court on defendant's Motion for Authorization for Expert Services (Filing No. 45), outlining his request for a psychiatric evaluation pursuant to 18 U.S.C. § 3552(b). The defendant believes that a psychiatric evaluation is necessary in this case and will be of assistance to the court at sentencing.

The court notes that the Presentence Report (PSR) prepared by the U.S. Probation Office outlines defendant's mental health history which includes paranoia, psychosis, and auditory hallucination. The court agrees that a psychiatric evaluation should be conducted in this case. The court further finds that due to the backlog of mental evaluations pending with the Bureau of Prisons such examination should be conducted by the private sector, and the court is of the opinion that such cost will be approximately $2,500.00. Defendant is represented by CJA appointment, and thus such examination shall be paid from the CJA funds.

THEREFORE, IT IS ORDERED:

1. The defendant's attorney is authorized to retain Terry Davis, M.D., J.D., to perform a presentence psychiatric evaluation of the defendant and to prepare a written report of the findings.

2. The report shall include the information required pursuant to 18 U.S.C. § 4247(c). If the report includes an opinion by the examiners that the defendant is presently suffering from a mental disease or defect but that it is not such as to require his custody for care or treatment in a suitable facility, the report shall also include an opinion by the examiner concerning the sentencing alternatives that could best accord the defendant the kind of treatment he does need.

3. The United States Marshal is directed to hold the defendant in the Douglas County, Nebraska - Council Bluffs, Iowa area until completion of the defendant's evaluation.

4. The defendant's attorney is directed to notify the United States Marshal when the defendant's evaluation is complete.

5. The evaluation should be completed **on or before March 22, 2010.**

6. Upon receipt of the evaluation report the defendant's attorney shall provide a copy of the report to the United States Attorney and this court.

DATED this 9th day of ~~February~~ *March*, 2010.

BY THE COURT:

_____
Chief District Judge

Authorization to incur the foregoing services under 18 U.S.C. § 3006A(e)(e) is approved

2,500⁰⁰ @ $250/hr
approved
2-8-10

_____
James B. Loken, Chief Judge
Eighth Circuit Court of Appeals