IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:09CR56 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER NUNC PRO TUNC |
| ROBERT CAMACHO III, | ) | |
| | ) | |
| Defendant. | ) | |

This court's order of March 9, 2010 (Filing No. 47), is hereby corrected at paragraph 2 to reflect that although he is represented by retained counsel, the defendant, Robert Camacho, III, is incarcerated and has no funds available to pay for these expert services (Filing No. 45). Accordingly, the court finds that the defendant qualifies for a psychiatric evaluation to be paid from CJA funds.

SO ORDERED.

DATED this 9th day of March, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.