IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>ROBERT CAMACHO, III,<br><br>               Defendant. | **8:09CR56**<br><br>**ORDER** |

Pursuant to the court's verbal order of January 10, 2013, the U.S. Probation Office is ordered to pay the first thirty days of the defendant's residential treatment with the Stephen Center.  Payment will be made consistent with the rates provided in the U.S. Probation Office's vendor contract with the Stephen Center.

SO ORDERED.

Dated this 14th day of February, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge